**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ruben ESPINOZA, Jr., Defendant–Appellant.**

No. 08–50502.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 4, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal, Public Defender, Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before GARWOOD, GARZA, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ruben Espinoza, Jr., raises arguments that he concedes are foreclosed by *United States v. Keith,* 230 F.3d 784, 787 (5th Cir.2000), which held that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) does not preclude the imposition of a mandatory minimum sentence under 21 U.S.C. § 841, provided

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the sentence imposed does not exceed the statutory maximum sentence for the offense. *See also United States v. Harper,* 527 F.3d 396, 411 (5th Cir.) (except in the case of substantial assistance to the Government or compliance with the safety valve criteria, sentencing courts, post *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), lack discretion to depart below relevant statutory minimums), *cert. denied,* —— U.S. ——, 129 S.Ct. 212, 172 L.Ed.2d 157 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.